**Opinion filed August 20, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00209-CR

_____

## JOHN LAWRENCE MONK, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 413th District Court**

**Johnson County, Texas**

**Trial Court Cause No. F37525**

## M E M O R A N D U M   O P I N I O N

The trial court convicted John Lawrence Monk, upon his plea of guilty, of aggravated sexual assault of a child. Pursuant to the plea bargain agreement, the trial court assessed his punishment at confinement for twenty years. The trial court imposed the sentence in open court on October 11, 2004. Appellant filed his pro se notice of appeal on June 3, 2009, over four years after the sentence was imposed in open court. We dismiss for want of jurisdiction.

In order to invoke the jurisdiction of this court, an appellant must timely perfect an appeal. TEX. R. APP. P. 25.2. Appellant has failed to comply with the requirements of TEX. R. APP. P. 26.2

and 26.3 for perfecting an appeal.  Therefore, this court does not have jurisdiction to entertain this appeal. *Slaton v. State*, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

The appeal is dismissed for want of jurisdiction.

PER CURIAM

August 20, 2009

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.